IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN JACKSON, | ) |
| | ) Civil Action No. 10 - 883 |
| Plaintiff, | ) |
| | ) Chief District Judge Gary L. Lancaster |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| INDIANA COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM ORDER

On July 1, 2010, the above captioned case was filed in this Court and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The magistrate judge filed a report and recommendation on November 18, 2010 (ECF No. 16) recommending that the action be dismissed for failure to prosecute. Plaintiff was served with the report and recommendation at his listed address and was advised that he had until December 6, 2010 to file written objections. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 20th day of December, 2010;

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for failure to prosecute.

**IT IS FURTHER ORDERED** that the report and recommendation (ECF No. 16) dated November 18, 2010, is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

/s/ Gary L. Lancaster
Gary L. Lancaster
United States District Judge, Chief

cc: Jonathan G. Jackson
HZ - 8701
SCI PINE GROVE
191 Fyock Road
Indiana, PA 15701